James W. Bonham
c/o 6635 W Happy Valley Road, A104-166
Glendale, AZ  85310
(602)565-1456
Jbonham16@cox.net

*In Pro Per*

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 11 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES W. BONHAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a corporation, DOES 1 – 10, *et al*<br><br>Defendant(s). | Case No. 2:19-cv-01262-GMS<br><br>NOTICE OF DISMISSAL<br><br>PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, James Will Bonham, hereby gives notice that the above captioned action is dismissed with prejudice against the Defendant(s).

Date: April 10, 2019

By: _____
James Will Bonham
Plaintiff in *pro per*

James W. Bonham
c/o 6635 W Happy Valley Road, A104-166
Glendale, AZ  85310
(602)565-1456
Jbonham16@cox.net

*In Pro Per*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES W. BONHAM, an individual, | Case No. 2:19-cv-01262-GMS |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, a corporation, DOES 1 – 10, *et al* | |
| Defendant(s). | |

I, _James Will Bonham_, certify that a true and correct copy of NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i); was placed in an envelope, proper postage affixed, and mailed via US Postal Service, on this _10th_ day of _April_, 2019, to:

PRA GROUP, INC.
OFFICE OF GENERAL COUNSEL
130 CORPORATE BOULEVARD
NORFOLK, VA  23502

x_/s/ James Will Bonham_